# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 15, 2010

140983

IN RE P.M., MINOR

_____/

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellant,

v

SHAE MULLINS,
      Respondent-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 140983
COA: 291874
Berrien CC Family Div:
      2008-000103-NA

On October 6, 2010, the Court heard oral argument on the application for leave to appeal the March 16, 2010 judgment of the Court of Appeals. On order of the Court, the application is again considered. MCR 7.302(H)(1). In lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, for the reasons stated in the Court of Appeals dissenting opinion, and we REMAND this case to the Court of Appeals for consideration of the issue raised by the respondent but not addressed by that court during its initial review of this case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 15, 2010

                                    Clerk

d1012